## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-21663-RKA

Plaintiff:
**NANCY REPLOGLE**

vs.

Defendant:
**OCEANIA CRUISES LTD. d/b/a OCEANIA CRUISES**

For:
Ashley Wentz

Received by DLE Process Servers, Inc on the 14th day of April, 2025 at 1:49 pm to be served on **Oceania Cruises LTD c/o R/A: Daniel S. Farkas, 7665 Corporate Center Drive, Miami, FL 33126**.

I, Alain Dominguez, do hereby affirm that on the **15th day of April, 2025** at **1:44 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **Malena D** as **Legal** for **Oceania Cruises LTD**, at the address of: **7665 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Alain Dominguez**
ID 4150

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2025020712

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d